FILED: February 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1104
(1:25-cv-03780-JRR)

---

In re: 2025 SUBPOENA TO CHILDREN'S NATIONAL HOSPITAL

Appellee

------------------------------

UNITED STATES DEPARTMENT OF JUSTICE

Respondent - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:25-cv-03780-JRR |
| Date notice of appeal filed in originating court: | 01/28/2026 |
| Appellant(s) | UNITED STATES DEPARTMENT OF JUSTICE |
| Appellate Case Number | 26-1104 |
| Case Manager | R. Phillips<br>804-916-2702 |