FILED:  March 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1104
(1:25-cv-03780-JRR)

_____

In re: 2025 SUBPOENA TO CHILDREN'S NATIONAL HOSPITAL

Appellee

------------------------------

UNITED STATES DEPARTMENT OF JUSTICE

Respondent - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 04/15/2026

Opening brief due: 04/15/2026

Response brief due: 05/15/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk