# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

In Re. 2025 Subpoena to Children's National Hospital

Case No. 26-1104

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEES' RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), movants-appellees respectfully request a 35-day extension of time, to and including July 3, 2026, in which to file their response brief. Defendants-appellants consent to the requested extension.

1.     Under the clerk's order issued February 13, 2026, appellants' opening brief and the joint appendix were due March 25, 2026.

2.     On March 17, 2026, pursuant to defendants-appellants' request, the Court granted a 21-day extension of those deadlines to April 15, 2026.

3.     On April 10, 2026, pursuant to defendant-appellants' request, the Court granted an additional 14-day extension of those deadlines to April 29, 2026.

4.     Appellees now respectfully request the same 35-day extension of their May 29, 2026, response brief deadline.

5.     Good cause for the requested extension exists because the attorneys with responsibility for the briefing on behalf of movants-appellees have been

1

occupied with deadlines in other matters and will continue to be so occupied during the remainder of the current briefing period. For example, on May 9, 2026, movants-appellees' counsel Eve Hill and intended counsel Donovan Bendana (Fourth Circuit admission pending) filed a motion to quash the subpoena at issue in this Appeal on behalf of a class of patients and their parents at several children's hospitals. *In re Administrative Subpoenas to Children's Hospitals*, No. 1:26-cv-1834 (D. Md.). Ms. Hill is currently in the midst of discovery in *Gilliam, et al. v. Department of Public Safety and Correctional Services, et al.*, No. 1:23-cv-1047 (D. Md.) and must review and move to complete, supplement, or otherwise challenge the administrative record in *Doe, et al. v. Department of Defense*, No. 8:25-cv-2947, which is to be produced by the government on May 11. Ms. Hill must also file an appellants' brief by June 12, 2026, in *DHS Probationary Employees 1 Class v. Department of Homeland Security*, No. 26-1315 (Fed. Cir.), and a motion for summary judgment by June 15, 2026, in *California Council of the Blind, et al. v. Weber*, Case No. 3:24-cv-1447-SK (N.D. Cal.) and faces imminent timelines in matters such as *Doe v. Blanche*, No. 1:25-cv-286 (D.D.C.) (on remand after appeal) and *Rogers, et al. v. West Virginia University Board of Governors*, No. 2:25-cv-182 (S.D.W.V.) (May 26, 2026 mediation).

6.      The proposed extension is modest, will not prejudice any party, and will ensure that movants-appellees have a fair and reasonable opportunity to develop and present their arguments for consideration by the Court.

7.      We have consulted with counsel for defendants-appellants, and they have stated that they consent to the requested extension.

Dated: May 11, 2026

_____/s/ Eve L. Hill_____

Eve L. Hill (Bar No. 19938)
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com

*Attorney for Appellees*