UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1104
(1:25-cv-03780-JRR)

_____

In re: 2025 SUBPOENA TO CHILDREN'S NATIONAL HOSPITAL

Appellee

------------------------------

UNITED STATES DEPARTMENT OF JUSTICE

Respondent - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request

for an extension of time in which to file the response brief shall be disfavored. The

briefing schedule is extended as follows:

Response brief due: 07/07/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk