# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1104, In re: 2025 Subpoena to Children's Nat'l Hospital

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

In re: Admin Subpoenas to Children's Hospitals, No. 26-2095 (Aug. 13, 2026 4th Cir.): Subsequent, related action in which the District Court issued a quashal order to cover the medical records of all other CNH patients who were not plaintiffs in the above-captioned action. Similar issues include: (1) whether the district court abused its discretion in quashing Requests 11-13; and (2) whether the district court clearly erred in finding that Requests 11-13 were issued for an improper purpose.

Signature: /s/ Donovan C. Bendana Counsel for: Appellees

Date: 09/10/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)