# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1104, In re: 2025 Subpoena to Children's Nat'l Hospital

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

No. 26-2095, In re: Admin Subpoenas to Children's Hospitals (4th Cir.). An appeal of a related action in which the same district judge quashed, on materially similar reasoning, Requests 11, 12, and 13 of the same subpoena, as well as other requests in the same subpoena to the extent they seek or require production of Children's National Hospitals patient medical records or patient or parent/guardian identities.

Signature: /s/ Sarah Welch Counsel for: U.S. Department of Justice

Date: 9/11/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)