# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1104, In re: 2025 Subpoena to Children's Nat'l Hospital

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

In re: Admin. Subpoenas to Children's Hospitals, No. 26-2095 (4th Cir.): As Counsel for Appellees note in their Response, this case is a related action that includes similar issues regarding whether the district court erred in issuing a quashal order to cover the medical records of all other CNH patients who were not plaintiffs in the above-captioned action.

Signature: /s/ Jeffrey E. Sandberg Counsel for: AAP and 17 Other National Medi

Date: 9/14/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)