# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1104, In re: 2025 Subpoena to Children's Nat'l Hospital

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> In re: Admin Subpoenas to Children's Hospitals, No. 26-2095 (2026 4th Cir.): As noticed in responses of Counsel for Appellees and other parties, this case is a later related action reviewing similar issues where the district court issued an order to quash which covered medical records of all CNH patients who were not plaintiffs to the action.

Signature: s/ Gina Branch Elleby Counsel for: ACLU and Nat'l Center for Youth

Date: 9/15/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)