**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 25, 2026

---

RULE 46 ADDITIONAL COPIES

---

No. 26-1104, In re: 2025 Subpoena to Children's Natl Hospital
1:25-cv-03780-JRR

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 09/28/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| **Document** | **No. of Copies** | **Required From:** |
|---|---|---|
| Opening Brief | 4 | DOJ |
| Joint Appendix | 4 | DOJ |
| Reply Brief | 4 | DOJ |
| Amicus Brief | 4 | ACLU, National Center fo Youth Law |
| Amicus Brief | 4 | Public Health and Health Law Scholars |
| Amicus Brief | 4 | Lambda Legal Defense and Education Fund, Inc |
| Amicus Brief | 4 | American Academy of Pediatrics et al. |

/s/ NWAMAKA ANOWI, CLERK